IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENNETH HUGH KNIGHT, #158069**  **PETITIONER**

**v.**  **CAUSE NO. 1:12-CV-354-LG-JMR**

**CHARLES FAULK**  **RESPONDENT**

## FINAL JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendations [7] entered by United States Magistrate Judge John M. Roper, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Proposed Findings of Fact and Recommendation [7] entered by United States Magistrate Judge John M. Roper, be, and the same hereby is, ADOPTED as the finding of this Court. The petitioner's cause of action is hereby **DISMISSED** for failure to exhaust.

**SO ORDERED AND ADJUDGED** this the 17th day of September, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE