IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENNETH HUGH KNIGHT, #158069**  **PETITIONER**

**v.**  **CIVIL ACTION NO. 1:12-CV-354- LG-JMR**

**CHARLES FAULK**  **RESPONDENT**

CERTIFICATE OF APPEALABILITY

  A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

   X   A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

  ___ A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 17th day of September, 2013.

              *s/ Louis Guirola, Jr.*
              LOUIS GUIROLA, JR.
              CHIEF U.S. DISTRICT JUDGE