**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**KENNETH HUGH KNIGHT, #158069**                                    **PETITIONER**

**v.**                                    **CIVIL ACTION NO. 1:12-CV-354- LG-JMR**

**CHARLES FAULK**                                    **RESPONDENT**

<u>CERTIFICATE OF APPEALABILITY</u>

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts,  hereby finds that:

 X  A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

 __ A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 17th day of September, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE